FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-21-00566-CR

Johnny Gabriel **LAZALDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-8681
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On April 12, 2022, we abated this appeal pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure. We ordered the trial court to file supplemental clerk's and reporter's records in this court no later than May 12, 2022. On May 11, 2022, the trial court filed a request for an extension of time until June 13, 2022. The trial court's request is GRANTED. Time is extended until **June 13, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court